# UNITED STATES DISTRICT COURT

__Eastern__     **District of**     __California__

RILEY BISHOP, JR.,

Plaintiff

V.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

COMMISSIONER OF SOCIAL SECURITY
      Defendant

CASE NUMBER: 1:11-at-00441

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

     X   The clerk is directed to file the complaint.

     X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   ___22nd___ day of   _____July_____ ,   __2011__ .


                 /s/ Gary S. Austin
                 Signature of Judicial Officer

                 Gary S. Austin, U.S. Magistrate Judge
                 Name and Title of Judicial Officer