1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration

4  ARMAND D. ROTH
   Special Assistant United States Attorney
5  California Bar No. 214624

6       333 Market Street, Suite 1500
        San Francisco, California 94105
7       Telephone: (415) 977-8924
        Facsimile: (415) 744-0134
8       E-Mail:Armand.Roth@ssa.gov

9  Attorneys for Defendant

10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13                    **FRESNO DIVISION**

14

15 RILEY BISHOP, JR.,              )
                                   )  CIVIL NO. 11-cv-01218-GSA
16     Plaintiff,                  )
                                   )
17     v.                          )  **STIPULATION AND ORDER FOR**
                                   )  **SENTENCE SIX REMAND**
18 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
19 Social Security,                )
                                   )
20     Defendant.                  )
   _____)

21      The parties have agreed to a voluntary remand of this case pursuant to sentence six of 42 U.S.C.

22 § 405(g) because significant portions of the hearing held on May 5, 2010 are inaudible. Upon remand,

23 the Appeals Council will remand the case to an Administrative Law Judge for a de novo hearing.

24                              Respectfully submitted,

25
                                /s/ MARC V. KALAGIAN*
26                              MARC V. KALAGIAN

27                              Plaintiff's Attorney

                                * by Armand Roth by telephone authorization of 12/5/11
28

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

The Court has reviewed the parties' stipulation for remand. Because the recording of the administrative hearing is inaudible, good cause exists to remand the claim to the Commissioner for appropriate action to produce a record pursuant to sentence six of section 205(g) fo the Social Security Act. 42 U.S.C. § 405(g). Defendant shall file a status report every ninety (90) days, commencing from the date of this order, addressing the actions taken to ensure an adequate record is produced. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 5, 2011**          /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE