IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILEY BISHOP, JR. ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, Commissioner, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | 1:11-cv-1218 GSA <br><br> ORDER DISMISSING ACTION |

   Pursuant to the parties' stipulation filed on April 30, 2013, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and expenses.

   The Clerk is directed to close this case.

   IT IS SO ORDERED.

   Dated:   May 1, 2013                    /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

1